<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1667**

_____

JIAN JIN YE,

　　　　　　　Petitioner,

　　　v.

ERIC H. HOLDER, JR., Attorney General,

　　　　　　　Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: May 17, 2010　　　　　　Decided: June 28, 2010

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Oleh R. Tustaniwsky, HUALIAN LAW OFFICES, New York, New York, for Petitioner. Tony West, Assistant Attorney General, Daniel E. Goldman, Senior Litigation Counsel, Theo Nickerson, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jian Jin Ye, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen as untimely and number barred. We have reviewed the record and the Board's order and find no abuse of discretion. See 8 C.F.R. § 1003.2(a), (c)(2) (2009). Accordingly, we deny the petition for review for the reasons stated by the Board. In re: Ye (B.I.A. May 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED